THOMAS F. BERTRAND, ESQ., SBN 056560
MICHAEL C. WENZEL, ESQ., SBN 215388
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990

*Attorneys for multiple Defendants (see signature page for complete list of parties represented; Civil L.R. 3-4(a)(1))*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| S.M, a minor by his parent and next friend Carol Allen, P.M. a minor by his parent and next friend Carol Allen and CAROL ALLEN<br><br>Plaintiffs,<br>vs.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION a California Municipality, WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, in their official capacities, BRUCE HARTER in his capacity as Superintendent and as an individual, WENDELL GREER, in his official capacity, and as an individual HARRY CULBERTSON as an individual and in his official capacity, STEVE COLLINS in his official capacity, DARLENE JONES in her official capacity, KEN TALKEN in his official capacity, GRAIG CROSSLEY as an individual and in his official capacity, DOE TRACEY as an individual and in official capacity, DOE CANDACE as an individual and in official capacity, TERRY NICHOLSON formerly Doe Nicholson as an individual and DOES 1-10,<br><br>Defendants. | CASE NO. C07-05829 CRB<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br><br>Complaint filed: November 16, 2007 |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned counsel that Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT,

*erroneously sued as West Contra Costa County Unified School District Financing Corporation,* WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON shall have an extension of time through and including December 1, 2008, within which to file a responsive pleading to Plaintiffs' Second Amended Complaint.

It is SO STIPULATED.

Dated: October 21, 2008

LAW OFFICE OF NICOLE HODGE

By: /s/ Nicole Hodge
Nicole Hodge
Attorneys for Plaintiffs S.M, P.M., and CAROL ALLEN

Dated: October 27, 2008

BERTRAND, FOX & ELLIOT

By: /s/ Michael C. Wenzel
Michael C. Wenzel
Attorneys for Defendants WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, *erroneously sued as West Contra Costa County Unified School District Financing Corporation,* WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, BRUCE HARTER, WENDELL GREER, STEVE COLLINS, DARLENE JONES, KEN TALKEN, GRAIG CROSSLEY, and DOE NICHOLSON

IT IS SO ORDERED.

Dated: October 31, 2008

THE HONORABLE
UNITED STATES DISTRICT
NORTHERN DISTRICT

IT IS SO ORDERED
/s/ Judge Charles R. Breyer

STIPULATION AND ORDER EXTENDING THE TIME TO FILE RESPONSIVE
AMENDED COMPLAINT

2