IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.M., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WEST CONTRA COSTA COUNTY UNIFIED SCHOOL DISTRICT FINANCING CORPORATION, et al.,<br><br>    Defendants.<br>_____/ | No. 07-05829 CW<br><br>ORDER OF DISMISSAL |

On April 16, 2009, the Court issued an Order Granting Defendants' Motion to Dismiss wherein the Court allowed Plaintiffs to file a third amended complaint within ten days of the Order. If Plaintiffs did not file an amended complaint, the case would be closed. The time to file the third amended complaint has passed, and Plaintiffs have not filed a third amended complaint. Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice for failure to prosecute. The clerk shall enter judgment with each party to bear their own costs.

    5/5/09

Dated _____        _____
                                                              CLAUDIA WILKEN
                                                              United States District Judge